# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| EARL D. HALL SR.; BETTY JANE HALL; AND EARL D. HALL, JR., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | : No. 188 WAL 2016 |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| Petitioners | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| CNX GAS COMPANY, LLC, IN ITS OWN RIGHT AND AS SUCCESSOR-IN-INTEREST TO CONSOL GAS COMPANY, LLC, | : |
| | : |
| | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.